UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GEORGE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>M. SPEARMAN, Warden, et al.,<br><br>　　　　　　　　　Defendant. | Case No.: 19cv895-CAB-RBB<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY [Doc. No. 10]** |

　　　On May 10, 2019, Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. [Doc. No. 1.] The Court dismissed the action without prejudice and with leave to amend because Petitioner had failed to either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee and because Petitioner had failed to state adequate grounds for relief in the Petition. (Doc. No. 2.] Petitioner was given until July 15, 2019 to pay the $5.00 filing fee or file a motion to proceed in forma pauperis and file a First Amended Petition that cured the pleading deficiencies outlined in the Court's Order. *Id.*

　　　On May 21, 2019, Petitioner filed a motion to proceed *in forma pauperis* which the Court granted on May 29, 2019. [Doc. Nos. 4-5.] Petitioner was reminded that he was still required to file a First Amended Petition by July 15, 2019 if he wished to proceed with his case. [Doc. No. 5.]

1

On June 4, 2019, Petitioner filed a second motion to proceed in forma pauperis. [Doc. No. 7.] Because Petitioner had already been granted *in forma pauperis* status, the Court denied Petitioner's second application to proceed *in forma pauperis* [Doc. No. 7] as moot. Petitioner was also reminded that he must file a First Amended Petition no later than July 15, 2019 if he wishes to proceed with this case. *Id.*

On June 11, 2019, Petitioner filed a Notice of Appeal claiming that the District Court's dismissal of the petitioner was an abuse of discretion. [Doc. No. 9.] Petitioner also filed a motion for a certificate of appealability. [Doc. No. 10.]

A petitioner complaining of detention arising from state court proceedings must obtain a certificate of appealability to file an appeal of the final order in a federal habeas proceeding. 28 U.S.C. § 2253(c)(1)(A) (2007). The district court may issue a certificate of appealability if the petitioner "has made a substantial showing of the denial of a constitutional right." Id. § 2253(c)(2). To make a "substantial showing," the petitioner must "demonstrat[e] that 'reasonable jurists would find the district court's assessment of the constitutional claims debatable[.]' " *Beaty v. Stewart*, 303 F.3d 975, 984 (9th Cir.2002) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Here, Petitioner's notice of appeal and, hence, his motion for certificate of appealability are premature because there has been no final order from the District Court. Petitioner has been granted leave to amend his Petition and has until July 15, 2019 to do so. Moreover, Petitioner has not made a "substantial showing" that the District Court's initial dismissal (with leave to amend) was incorrect, and thus the Court **DENIES** a certificate of appealability.

**IT IS SO ORDERED.**

Dated: June 17, 2019

Hon. Cathy Ann Bencivengo
United States District Judge